UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

BLUE ANGEL FILMS LTD. and
MIROMAR ENTERTAINMENT AG

                Plaintiffs,      **LOCAL RULE 7.1 STATEMENT**

    -against-               Docket No. 08 Civ. 6469 (DAB)

FIRST LOOK STUDIOS, INC.,

                Defendant.
--------------------------------x

Plaintiffs BLUE ANGEL FILMS LTD. and MIROMAR ENTERTAINMENT AG are closely held corporations incorporated under the laws of the Federal Republic of Germany which have no corporate subsidiaries and/or affiliates either privately held or publicly traded.

Dated: New York, NY         s/Gregory A. Sioris (GS 1342)
      July 21, 2008          Attorney for Plaintiff
                                   350 Fifth Avenue, Suite 7606
                                   New York, NY 10118-7606
                                   (212)840-2644