※AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BLUE ANGEL FILMS LTD. and
MIROMAR ENTERTAINMENT AG,

V.

FIRST LOOK STUDIOS, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 6469

TO: (Name and address of Defendant)

First Look Studios, Inc.
Defendant
2000 Avenue of the Stars, Suite 410
Los Angeles, CA 90067
(424)202-5000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Sioris, Esq.
350 Fifth Avenue, Suite 7606
New York, NY 10118-7606
(212)840-2644

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 21 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BLUE ANGEL FILMS LTD. and
MIROMAR ENTERTAINMENT AG,

V.

FIRST LOOK STUDIOS, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 6469

TO: (Name and address of Defendant)

First Look Studios, Inc.
Defendant
2000 Avenue of the Stars, Suite 410
Los Angeles, CA 90067
(424)202-5000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Sioris, Esq.
350 Fifth Avenue, Suite 7606
New York, NY 10118-7606
(212)840-2644

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 21 2008

CLERK                                                                 DATE

(By) DEPUTY CLERK

**APEX ATTORNEY SERVICES**

TEL (213) 488-1500 • (310) 300-1200
FAX (213) 488-1550

☐ SPECIAL  ☐ REGULAR  ☐ OUT OF COUNTY  ☐ SCH. P/U

DATE: 7/21/08
CONF. NO: 201186
REF. NO: BLUE ANGEL

CLIENT:
GREGORY A. SIORIS, ESQ.
350 FIFTH AVENUE, SUITE 7606
NEW YORK, NY 10118-7606

ATTY/SEC: GREGORY        EXT. NO:

DOCUMENTS TO FILE/ SERVE/COPY:

SPECIAL INSTRUCTIONS:

☐ COURT FILING:  ☐ SERVICE OF PROCESS  ☐ INDEX/DOC. RESEARCH  ☐ OTHER

COURT:

CASE NAME:

CASE NO:        FILE/COPY DOC(S) BY:

SERVE: (Please indicate name exactly as it should appear on proof of service):
**FIRST LOOK STUDIOS, INC., DEFENDANT**

BEST TIME:        LAST DAY TO SERVE:

ADDRESS (ES):
2000 AVENUE OF THE STARS, SUITE 410
LOS ANGELES, CA 90067
(424) 202-5000

PHONE:        OK TO SUB-SERVE?  ☐ YES  ☐ NO
DESCRIPTION:

FILING FEE: $        WITNESS FEE: $
COPY FEE: $        CHECK NO:
CHECK WRITTEN BY: ☐ CLIENT  ☐ APEX

PERSON SERVED/TITLE:

SERVER:        DATE/TIME SERVED:

| COURT FILING | SERVICE OF PROCESS | INDEX / DOC. RESEARCH | WAITING TIME STAKE OUT | MILEAGE | FEES ADVANCED | CHECK CHARGE | SPECIAL HANDLING | OTHER | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

RECIPIENT'S NAME:        SIGNATURE:

WHITE - APEX COPY    [Print Form]    [Send via Email]    GOLD - CLIENT COPY    [Clear Form]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GREGORY A. SIORIS<br>350 FIFTH AVENUE<br>SUITE 7606<br>NEW YORK NY 10118<br>ATTORNEY FOR  PLAINTIFF | 212 840-2644<br><br>Ref. No. or File No.<br>BLUE ANGEL | |

| Insert name of court and name of judicial district and branch if any. |
|---|
| U.S DISTRICT COURT 312 N SPRING ST<br>CENTRAL DISTRICT LOS ANGELES CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| BLUE ANGEL v. FIRST LOOK |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 201186 | | | | 08 CIV 6469 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; LOCAL RULE 7.1 STATEMENT; ELECTRONIC CASE FILING RULES AND INSTRUCTIONS; INDIVIDUAL PRACTICES OF JUDGE FRANCIS.

2. a. Party served: FIRST LOOK STUDIOS, INC.
   b. Person served: STEVEN BRAND
                     Authorized to Accept
   c. Address: 2000 AVENUE OF THE STARS
               SUITE 410
               LOS ANGELES CA 90067

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 07/22/08 (2) At: 1:20PM

5. Person serving: WILBERT GUTIERREZ          Fee for service $     .00

APEX ATTORNEY SERVICES            d. Registered California process server
1055 WEST SEVENTH STREET          (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017             (2) Registration No. 4119
213-488-1500 FAX                  (3) County: LOS ANGELES
                                  (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 07/28/08                    >
                                    SIGNATURE

STATE OF California )
                            ) SS.
COUNTY OF Los Angeles )

On July 28, 2008 before me, Lupe Enriquez, Notary Public, personally appeared Wilbert Gutierrez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)



LUPE ENRIQUEZ
Commission # 1560619
Notary Public - California
Los Angeles County
My Comm. Expires Mar 17, 2009