UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

BLUE ANGEL FILMS LTD. and
MIROMAR ENTERTAINMENT AG

                Plaintiffs,

-against-

FIRST LOOK STUDIOS, INC.,

                Defendant.
----------------------------------x

**PARTIAL SATISFACTION OF JUDGMENT**

08 Civ. 6469(DAB)
ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/14

**BY THESE PRESENTS**, plaintiffs acknowledge receipt of twenty five thousand dollars ($25,000.00) as partial satisfaction of the judgment filed against the defendant on September 26, 2013 in the amount of three hundred fourteen thousand, forty six dollars and ten cents ($314,046.10) exclusive of the costs as taxed.

Dated: New York, NY
      May 30, 2014

Gregory A. Sioris
Attorney for Plaintiffs
303 Fifth Avenue, Suite 506
New York, NY 10016-6644
(212)840-2644

///